Martin E. Rosen (108998), mrosen@bargerwolen.com
Misty A. Murray (196870), mmurray@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
OM Financial Life Insurance Company
(formerly known and erroneously sued as
Fidelity & Guaranty Life Insurance Company)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GROVER, | Case No. CV 10-1504 VBF (RZx) |
| Plaintiff, | Hon. Valerie Baker Fairbank |
| vs. | **JUDGMENT ON DEFENDANT OM FINANCIAL LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** AS TO PLAINTIFF'S ENTIRE COMPLAINT |
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY; OM FINANCIAL LIFE INSURANCE COMPANY; and DOES 1 - 50 inclusive, | |
| Defendants. | Complaint Filed: Jan. 12, 2010 |

Defendant OM Financial Life Insurance Company ("OM Life") filed its Motion for Summary Judgment as to Plaintiff's Paul Grover's ("Plaintiff") entire Complaint. Pursuant to Federal Rule of Civil Procedure, Rule 78, the Honorable Valerie Baker Fairbank, District Judge, presiding, issued an Order on the Motion without oral argument.

Having thoroughly reviewed all the evidence and submissions by the parties, the Court granted OM Life's Motion as to all three claims for relief in Plaintiff's Complaint. As such, IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of OM Life and against Plaintiff on the entire Complaint, that Plaintiff take nothing against OM Life, and that OM Life recover its costs.

Dated: September 13, 2010         By: *Valerie Baker Fairbank*
Valerie Baker Fairbank
JUDGE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA